ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARKHEH ABOLZADEH, ET AL., | CASE NO. 2:25-CV-02197-CKD |
| Plaintiffs, | [PROPOSED] ORDER TO CONTINUE DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS |
| v. | |
| U.S. DEPARTMENT OF STATE, ET AL., | |
| Defendants. | |

Good cause being established, Defendants' motion for a continuance of the deadline to respond to Plaintiffs' complaint is granted. Defendants' response is due 21 days after Congress has restored appropriations to the Department of Justice.

IT IS SO ORDERED.

Dated: October 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, abol.2197.25