ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARKHEH ABOLZADEH, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, ET AL., <br><br> Defendants. | CASE NO. 2:25-cv-02197-CKD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR SECOND EXTENSION OF TIME AND TO MODIFY BRIEFING SCHEDULE |

Plaintiff and Defendants, by and through their respective attorneys of record, hereby stipulate as follows:

1. On August 6, 2025, Plaintiffs filed their complaint in this matter. (ECF 1). The U.S. Attorney's Office was served on August 22, 2025.

2. On October 15, 2025, Defendants filed a motion to continue its response deadline due to the lapse of appropriations to the Department of Justice. (ECF 7). The Court granted Defendants' motion and ordered that Defendants respond to the complaint within 21 days after Congress has restored appropriations to the Department. (ECF 9). Accordingly, Defendants' response to the complaint is currently due December 4, 2025.

3. Defendants anticipate filing a dispositive motion in response to the complaint. The parties have met and briefly conferred, but request additional time to confer regarding this matter, and propose the following modified briefing schedule for any motion Defendants file:

    a. Defendants' response to the complaint or dispositive motion shall be due on or before

December 18, 2025.

    b.  Plaintiff's opposition to Defendants' motion shall be due on or before January 16, 2026.

    c.  Defendants' reply shall be due on or before January 28, 2026.

    d.  The parties further request that all other deadlines and appearances be vacated pending the outcome of Defendants' motion.

Respectfully submitted,

Dated:  December 2, 2025

ERIC GRANT
United States Attorney

By:  /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ DAVID M. MOINVASIRI
DAVID M. MOINVASIRI
Counsel for Plaintiff

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the deadline for Defendants to respond to Plaintiffs' complaint is extended until December 18, 2025. The briefing schedule for any motion Defendants file shall be as follows:

1. Defendants' response to the complaint or dispositive motion shall be due on or before December 18, 2025.

2. Plaintiff's opposition to Defendants' motion shall be due on or before January 16, 2026.

3. Defendants' reply shall be due on or before January 28, 2026.

/////
/////
/////
/////

4. Any other deadlines and appearances are vacated pending the outcome of Defendants' motion.

Dated: December 3, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, abol.2197.25